IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ANGELA CARTER                          §
                                       §
                                       §   CIVIL ACTION NO.
                                       §
MICHAEL ASTRUE.                        §
Commissioner of Social Security        §

## COMPLAINT

Plaintiff. by his/her attorney, alleges as follows:

The jurisdiction of this Court is invoked pursuant to 42 U.S.C. §405(g) and 42 U.S.C. §1383(c)(3) to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability and Supplemental Security Income disability benefits for lack of disability.

This action is an appeal from a final administrative decision denying plaintiff's claim.

This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated January 2, 2008.

Plaintiff. whose social security number is 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. resides at 5339 Goldenstream. Houston, TX 77066.

The defendant is the Commissioner of Social Security.

Plaintiff is disabled.

The conclusions and findings of fact of the defendant are not supported by substantial evidence and are contrary to law and regulation.

WHEREFORE. plaintiff prays that this Court:

1) find that plaintiff is entitled to disability benefits under the provisions of the Social Security Act; or

2) remand the case for a further hearing;

3) award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d), on the grounds that the Commissioner's action in this case was not substantially justified; and

4) order such other and further relief as the Court deems just and proper.

Dated _____, this 18th day of July, 2008.

Respectfully submitted,

Law Offices of Marc Whitehead
5300 Memorial, Ste 725
Houston, Texas 77007
(713) 228-8888
(713) 225-0940 Fax

BY:_____
Marc S. Whitehead
State Bar No. 00785238

ATTORNEY FOR PLAINTIFF,
ANGELA CARTER

%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Texas _____

ANGELA CARTER

V.

MICHAEL ASTRUE, COMMISSIONER OF
SOCIAL SECURITY

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and address of Defendant)

DONALD DEGABRIELLE
UNITED STATES ATTORNEY
P.O. BOX 61129
HOUSTON, TX 77208

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARC WHITEHEAD & ASSOCIATES
5300 MEMORIAL STE 725
HOUSTON, TX 77007

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____    DATE _____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                        *Signature of Server*


                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____     District of _____ Texas _____

ANGELA CARTER

**SUMMONS IN A CIVIL ACTION**

V.

MICHAEL ASTRUE, COMMISSIONER OF
SOCIAL SECURITY

CASE NUMBER:

TO: (Name and address of Defendant)

MICHAEL ASTRUE
SOCIAL SECURITY COMMISSIONER
6401 SECURITY BLVD
BALTIMORE, MD 21235

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARC WHITEHEAD & ASSOCIATES
5300 MEMORIAL STE 725
HOUSTON, TX 77007

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

---

CLERK                                                      DATE

---

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
             Date                 *Signature of Server*

                                  _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ᵃₒAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Texas _____

ANGELA CARTER

**SUMMONS IN A CIVIL ACTION**

V.

MICHAEL ASTRUE, COMMISSIONER OF
SOCIAL SECURITY

CASE NUMBER:

TO: (Name and address of Defendant)

ALBERTO GONZALEZ
UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
10TH AND CONSTITUTION AVE NW
WASHINGTON, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARC WHITEHEAD & ASSOCIATES
5300 MEMORIAL STE 725
HOUSTON, TX 77007

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____

DATE _____

(By) DEPUTY CLERK _____

AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        *Date*                        *Signature of Server*


                                    _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.